UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE<br>PETITION OF EULA B. DEVALL, L.L.C.,<br>AS OWNER OF M/V EULA B. DEVALL,<br>AND HER ENGINES, TACKLE,<br>APPURTENANCES, FURNITURE, ETC.,<br>PRAYING FOR EXONERATION FROM<br>OR LIMITATION OF LIABILITY | No.  15-5020<br><br>SECTION  "N" (4) |

### ORDER AND REASONS

Having considered the motion (Rec. Doc. 22) and statement of no opposition ( Rec. Doc. 39), **IT IS ORDERED** that the motion to lift stay filed by Larry Gildemeister, III and Johnnie Baldassaro is **GRANTED**.

New Orleans, Louisiana, this 28th day of September 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**