UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF EULA B. DEVALL, L.L.C., AS OWNER OF M/V EULA B. DEVALL, AND HER ENGINES, TACKLE, APPURTENANCES, FURNITURE, ETC., PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | No. 15-5020<br><br>SECTION "N" (4) |

## ORDER AND REASONS

The Court's September 28, 2016 Order and Reasons lifted the litigation stay previously imposed in order to allow the parties to "prosecute their claims in the state court action to judgment in regards to liability and damages, while properly reserving to this Court its exclusive jurisdiction over matters involving the right to limitation of liability and the adequacy and scope of the limitation fund."  See Rec. Docs. 22-1 and 42.  Given the foregoing, **IT IS FURTHER ORDERED** that the instant action be and hereby is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the completion of the related state court litigation.

New Orleans, Louisiana, this 9th day of November 2016.

**KURT D. ENGELHARDT**
**United States District Judge**